IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN MARK ZUBER                                                                                      PLAINTIFF

v.                                         Civil No. 6:17-CV-06009

FORMER SERGEANT MORROW, *et. al.*                                                          DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

On March 6, 2018, the Court entered an Order directing Plaintiff to provide additional information to aid the Court in effecting service upon Defendants Pereny, Burnette, McElroy, and Perry. Plaintiff was ordered to provide this information by March 27, 2018. Plaintiff was advised that failure to provide this information would result in the dismissal of these Defendants as parties in this case. (ECF No. 28). To date, Plaintiff has not provided additional information regarding these Defendants.

Accordingly, I recommend Defendants Pereny, Burnette, McElroy, and Perry be dismissed as parties from this case without prejudice.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 25th day of April 2018.**

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE